476 March 6, 2024 No. 170

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

JAMES M. ANDERSON,
*Petitioner,*

*v.*

BOARD OF PAROLE AND POST-PRISON
SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A180092

Argued and submitted February 8, 2024.

Walter Fonseca argued the cause and filed the reply brief for petitioner. Also on the opening brief was Thaddeus Betz.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General.

Before Tookey, Presiding Judge, Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Hubbard*, 290 Or App 640, 417 P3d 498, *rev den*, 363 Or 283 (2018); *State v. Haynes*, 168 Or App 565, 7 P3d 623, *rev den*, 331 Or 283 (2000).